# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00004-CV

**Cheyenne Winters, Appellant**

**v.**

**Thomas Marshall Winters, Appellee**

### FROM THE DISTRICT COURT OF MILLS COUNTY, 35TH JUDICIAL DISTRICT
### NO. 07-02-5943, HONORABLE STEPHEN ELLIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On January 5, 2009, appellant Cheyenne Winters filed her notice of appeal without paying a filing fee. On January 14, 2009, this Court received Winters's affidavit of indigence along with a motion for leave to file the affidavit. *See* Tex. R. App. P. 20.1(c)(3). On February 5, 2009, this Court received appellee Thomas Marshall Winters's contest to appellant's affidavit. See Tex. R. App. P. 20.1(e).

We abate the appeal, and, pursuant to rule 20.1, refer this contest to the trial court for an evidentiary hearing on appellant's claim of indigence. *See* Tex. R. App. P. 20.1(h)(4). The trial court shall give the parties reasonable notice of the date on which the contest will be heard and shall permit appellant to amend her affidavit of indigence any time before that date. *See Higgins v. Randall County Sheriff's Office*, 193 S.W.3d 898, 899 (Tex. 2006).

A supplemental clerk's record containing the documents relating to the contest shall be filed within 30 days from the date of this order.  The appeal will be reinstated when the record on the contest is filed.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Henson

Abated

Filed:   February 13, 2009